**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


ALLAN F. MONTECALVO,

      Plaintiff,

v.                                                    Case No.  8:07-cv-851-T-30MSS

BRANDON AUTO CLINIC, INC.
and JOHN ERRIGO,

      Defendants.

_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #40) that the above-styled

action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without

prejudice subject to the right of any party to re-open the action within sixty (60) days of the

date of this order, to submit a stipulated form of final order or judgment should they so

choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-

day period, however, dismissal shall be with prejudice.  **No party (or their counsel) shall**

**make any payment of fees or costs without prior authorization or approval from this**

**Court.**  If attorneys' fees are to be paid as a part of the settlement, Plaintiff's attorney shall

submit an affidavit of fees and costs with supporting records before accepting that portion

of the settlement.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed

to close the file.

   **DONE** and **ORDERED** in Tampa, Florida on September 4, 2008.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-851.mediation 40.wpd